**MEMO ENDORSED**

STUART H. FINKELSTEIN, ESQ.

FINKELSTEIN LAW GROUP, PLLC
338 Jericho Turnpike
Syosset, New York 11791
(718) 261-4900

February 20th, 2020

The Honorable Edgardo Ramos
United States District Court, Thurgood Marshall United States Courthouse
40 Foley Square – Court Room 619
New York, New York 10007

Re: Antolini vs. Sassouni, et al
Case No.: 19-cv-08496 ER
Rule 37 Pre-Motion Letter to Strike Pleadings

Dear Judge Ramos,

To remind the Court, respectfully, I represent the Plaintiff in the above-entitled action. Pursuant to your Order of March 2, 2020, Plaintiff renews his application seeking a conference to enable Plaintiff to file his Motion to Strike Defendants' Answer.

Defendants continue to violate the Order of this Court as they refuse to respond to Plaintiff's Discovery Requests. I have emailed defense counsel twice since the due date as a courtesy but he has not responded.

Therefore, respectfully, Plaintiff seeks his remedies available at law, including but not limited to the striking of the Defendants' pleadings in whole.

Very truly yours,

Stuart H. Finkelstein

SHF/tc
To all counsel of record via Pacer

The defendants are directed to respond to the plaintiff's letter by March 13, 2020.

Edgardo Ramos, U.S.D.J
Dated: Mar. 10, 2020
New York, New York